JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KAINIER DELGADO-BARDAJI,                )   Case No. ED CV 26-1909 FMO (AS)
                                        )
              Petitioner,               )
                                        )
        v.                              )   **JUDGMENT**
                                        )
KRISTI NOEM, et al.,                    )
                                        )
              Respondents.              )
                                        )

Pursuant to the Order Granting Petition and requiring Petitioner's immediate release from custody,

IT IS ADJUDGED that the Petition is GRANTED.

Dated this 12th day of June, 2026.

                                        /s/
                               FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE